IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:  No. 2:20-cv-01763<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Michael W. McTigue Jr. on behalf of Comcast Corporation and Comcast Cable Communications, LLC in the above referenced action.

Dated:  May 27, 2020                             /s/ Michael W. McTigue Jr.
　　　　　　　　　　　　　　　　　　　　 Michael W. McTigue Jr.
　　　　　　　　　　　　　　　　　　　　 COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　　　 One Liberty Place
　　　　　　　　　　　　　　　　　　　　 1650 Market Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　 Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　 Phone: (215) 665-2093
　　　　　　　　　　　　　　　　　　　　 mmctigue@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2020, I caused the foregoing Withdrawal of Appearance to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

/s/ Michael W. McTigue Jr.
Michael W. McTigue Jr.
