IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-01763<br><br>Hon. Nitza I. Quiñones Alejandro |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR MOVE

Pursuant to Local Rule 7.4(b), Plaintiff, James Everett Shelton, and Defendants, Comcast Corporation and Comcast Cable Communications, LLC (collectively "Comcast"), by and through their undersigned counsel, stipulate and agree that Comcast's time to answer, move, or otherwise respond to the Complaint will be extended to and including July 17, 2020. This is the second stipulation for an extension of time; one prior extension has been granted; and the extension is for a period not exceeding thirty days.

Dated: June 19, 2020

| | |
|---|---|
| /s/ Gregory J. Gorski | /s/ Seamus C Duffy |
| Gregory J. Gorski (ID No. 91365) | Seamus C. Duffy (ID No. 52501) |
| Gorski Law, PLLC | Julie A. Busta (ID No. 311933) |
| 1635 Market Street, Suite 1600 | Akin Gump Strauss Hauer & Feld LLP |
| Philadelphia, PA 19103 | Two Commerce Square |
| *Attorney for Plaintiff* | 2001 Market St., Suite 4100 |
| | Philadelphia, PA 19103 |
| | *Attorneys for Defendants* |

APPROVED AND SO ORDERED THIS 23rd day of June 2020º

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*