IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-01763<br><br>Hon. Nitza I. Quiñones Alejandro |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Local Rule 7.4(b), Plaintiff, James Everett Shelton, and Defendants, Comcast Corporation and Comcast Cable Communications, LLC (collectively "Comcast"), by and through their undersigned counsel, stipulate and agree that Comcast's time to answer, move, or otherwise respond to the Complaint will be extended to and including August 17, 2020. This is the third stipulation for an extension of time; two prior extensions have been granted; and the extension is for a period not exceeding thirty days. The parties stipulate to this extension in good faith to continue to informally exchange information regarding Plaintiff's claim.

Dated: July 7, 2020

*/s/ Gregory J. Gorski*
Gregory J. Gorski (ID No. 91365)
Gorski Law, PLLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103
*Attorney for Plaintiff*

*/s/ Seamus C Duffy*
Seamus C. Duffy (ID No. 52501)
Julie A. Busta (ID No. 311933)
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA 19103
*Attorneys for Defendants*

Approved and So Ordered this 8th day of July 2020:

 */s/ Nitza I. Quiñones Alejandro*
Hon. Nitza I. Quiñones Alejandro