## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON, individually,
and on behalf of all others similarly situated,

               Plaintiff,

v.

COMCAST CORPORATION and COMCAST
CABLE COMMUNICATIONS, LLC,

               Defendants.

Civil Action No. 2:20-cv-01763

Hon. Nitza I. Quiñones Alejandro

### DECLARATION OF JULIE BUSTA

I, Julie Busta, hereby declare as follows:

1.      I am an associate in the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for Comcast Corporation and Comcast Cable Communications, LLC ("Defendants") in the above-captioned matter. I am an attorney in good standing admitted to the bar of the Supreme Court of Pennsylvania and am admitted to practice before the United States District Court for the Eastern District of Pennsylvania. I submit this declaration in support of Defendants' Motion to Compel Individual Arbitration and Stay Proceedings. If called as a witness, I would and could competently testify to all of the following, which is within my personal knowledge.

2.      On or about April 14, 2020, counsel for Plaintiff James Shelton ("Plaintiff") provided Plaintiff's home address and telephone number to Defendants' counsel. The address that Plaintiff's counsel provided was on Covered Bridge Road, King of Prussia, PA 19406, and the telephone number was ███████-3942.

3.      Attached hereto as **Exhibit A** is a true and correct (although redacted) copy of a public records report related to Plaintiff James Shelton, which the undersigned generated on August 17, 2020. According to this report, (*see* pages 1, 2), Plaintiff resides at the address

identified by his counsel on Covered Bridge Road, King of Prussia, PA 19406, along with █████████ ██████ and ████████████.

4.    As can be seen in the foregoing public records report, Plaintiff has no association with the address 16 Catfish Lane, Norristown, PA 19403. *See generally* **Ex. A**.

5.    Attached hereto as **Exhibit B** is a true and correct copy of the results for the property records search for Montgomery County for 16 Catfish Lane. According to this record, situated at 16 Catfish Lane, Norristown, PA 19403 is a residence owned by Danon J. Doyle since March 28, 2018.

6.    Attached hereto as **Exhibit C** is a true and correct copy of the Commonwealth of Pennsylvania Department of State filings for Final Verdict Solutions. According to this filing, Final Verdict Solutions is registered by James Shelton, with an address on Covered Bridge Road, King of Prussia, PA 19406. The filing also shows that Final Verdict Solutions has been registered at this address since March 7, 2016.

7.    Attached hereto as **Exhibit D** is a certified transcription of call recordings provided to the undersigned by Defendants in connection with this matter. The underlying call recordings were kept in the ordinary course of business and are of calls made by Plaintiff on January 29, 2020, to Comcast in connection with Comcast services provided at his address on Covered Bridge Road, King of Prussia, PA 19406.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of August, 2020, in Philadelphia, Pennsylvania.

_Julie C. Busta_
Julie Busta

# EXHIBIT A

Comprehensive Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

**Date:** 08/17/20
**Reference Code:** 700037.0062

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
Akin Gump Strauss Hauer Feld
2300 N FIELD ST STE 1800
DALLAS, TX 75201
214-969-4628 Main Phone
214-969-4343 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name: JAMES E SHELTON | JAMES E SHELTON | Bankruptcy: **No** |
| Date of Birth: **12/xx/1995** |    Age: **24**   SSN: ▉▉▉ | Property: **No** |
| Age: **24** | JAMES EVERETT SHELTON | Corporate Affiliations: **No** |
| SSN: ▉▉▉ issued in |    SSN: ▉▉▉ | |
| **Pennsylvania** between **2/2/1996** and | JAMES SHELTON | |
| **2/1/1999** |    SSN: ▉▉▉ | |
| View All SSN Sources |    Utility Locator - Connect Date: 6/18/2017 | |

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
     [None Found]

**Address Summary:**   View All Address Variation Sources

     ▉ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY (Feb 2015 - Aug 2020)
         **Utility Locator - Connect Date:** 2/28/2015
     ▉ HESSLER RD APT 2, CLEVELAND, OH 44106-3941, CUYAHOGA COUNTY (Nov 2017 - Jan 2018)
     ✔ POTOMAC PSGE UNIT 704, OXON HILL, MD 20745-1579, PRINCE GEORGE'S COUNTY
(Jun 2014 - Oct 2017)
         **Utility Locator - Connect Date:** 6/18/2017

**Active Address(es):**   View All Address Variation Sources

✔ ▮ POTOMAC PSGE UNIT 704, OXON HILL, MD 20745-1579, PRINCE GEORGE'S COUNTY
(Jun 2014 - Oct 2017)

**Utility Locator - Connect Date:** 6/18/2017
**Name Associated with Address:**
　　JAMES SHELTON
**Property Ownership Information for this Address**
　　**Property:**
　　　　Parcel Number - 104-D3-000-000-00000
　　　　Book - 35075
　　　　Page - 341
　　　　Owner Name: ▮▮▮▮▮▮
　　　　Owner Name 2: ▮▮▮▮▮▮
　　　　Property Address: – ▮▮ POTOMAC PSGE UNIT 704, OXON HILL, MD 20745-1579, PRINCE
GEORGE'S COUNTY
　　　　　Sale Date - 07/24/2013
　　　　　Sale Price - $512,900
　　　　　Land Usage - CONDOMINIUM
　　　　　Subdivision Name - ONE NATIONAL HARBOR CONDO
　　　　　Total Market Value - $460,000
　　　　　Assessed Value - $460,000
　　　　　Land Value - $138,000
　　　　　Improvement Value - $322,000
　　　　　Land Size - 309 Square Feet
　　　　　Year Built - 2008
　　　　　Seller Name: NHL RESIDENTIAL DEV INC
　　　　　Loan Amount - $512,900
　　　　　Loan Type - VETERANS ADMINISTRATION
　　　　　Lender Name - ATLANTIC COAST MTG
　　　　　Data Source - A
**Neighborhood Profile (2010 Census)**
　　Average Age: 46
　　Median Household Income: $124,863
　　Median Owner Occupied Home Value: $425,100
　　Average Years of Education: 14


**Previous And Non-Verified Address(es):**    View All Address Variation Sources

▮ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY (Feb 2015 - Aug 2020)
**Utility Locator - Connect Date:** 2/28/2015
**Name Associated with Address:**
　　JAMES EVERETT SHELTON
　　**Current Residents at Address:**



　　JAMES E SHELTON

**Property Ownership Information for this Address**
　　**Property:**
　　　　Parcel Number - ▮▮▮▮▮
　　　　Book - 5049
　　　　Page - 2231
　　　　Owner Name: ▮▮▮▮▮
　　　　Owner Name 2: ▮▮▮▮▮
　　　　Property Address: – ▮ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY
COUNTY
　　　　　Sale Date - 07/08/1993
　　　　　Sale Price - $194,000
　　　　　Land Usage - SFR
　　　　　Assessed Value - $179,640

Comprehensive Report

     Land Size - 12,000 Square Feet
     Year Built - 1970
     Seller Name: ██████████
     Seller Name 2: ██████████████
     Legal Description - L 9
     Loan Amount - $155,000
     Loan Type - CONVENTIONAL
     Lender Name - PINNACLE MTG INV CORP
     Data Source - A

**Neighborhood Profile (2010 Census)**
     Average Age: 39
     Median Household Income: $89,894
     Median Owner Occupied Home Value: $342,655
     Average Years of Education: 14


██ HESSLER RD APT 2, CLEVELAND, OH 44106-3941, CUYAHOGA COUNTY (Nov 2017 - Jan 2018)
**Name Associated with Address:**
     JAMES E SHELTON
     **Current Residents at Address:**



**Property Ownership Information for this Address**
     **Property:**
          Parcel Number - 120-28-053
          Owner Name: ███ HESSLER LLC
          Property Address: ██████ HESSLER RD APT 2, CLEVELAND, OH 44106-3941, CUYAHOGA COUNTY
          Owner Address: ████ HESSLER RD APT 2, CLEVELAND, OH 44106-3941, CUYAHOGA COUNTY
          Sale Date - 10/12/2011
          Loan Amount - $715,000
          Loan Type - CONVENTIONAL
          Data Source - A

**Neighborhood Profile (2010 Census)**
     Average Age: 21
     Median Household Income: $24,688
     Median Owner Occupied Home Value: $120,455
     Average Years of Education: 13


**Bankruptcies:**

    [None Found]


**Liens and Judgments:**

    Filing Number:   201719463
    Filing Type:  CIVIL NEW FILING
    Location:  MONTGOMERY COUNTY PROTHONOTARY
    State:  PA
    Original Filing Date: 8/2/2017
    Amount:
    Debtor Name: JAMES E SHELTON
    Debtor SSN:
    Debtor Address: ███ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778
    Debtor Name: FINAL VERDICT SOLUTIONS
    Debtor SSN:
    Debtor Address: ███ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778
    Debtor Name: SANTANDER BANK NA

Debtor SSN:
Debtor Address: ██ PENN ST, READING, PA 19601-3544
Creditor: ████████

**UCC Filings:**
    [None Found]

**Phones Plus:**  Phone Finder Ultimate

**Phones Plus1**
Name: JAMES SHELTON
Address: ██ POTOMAC PSGE UNIT 704, OXON HILL, MD 20745-1579
Phone Number: ████████ - EDT
Phone Type: Mobile
Carrier: SPRINT SPECTRUM L.P. - (WILMINGTON, DE)

**Phones Plus2**
Name: JAMES SHELTON
Address: ██ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778
Phone Number: ████3942 - EDT
Phone Type: Mobile
Carrier: VERIZON WIRELESS-PA - (BETHLEHEM, PA)

**People at Work:**
*Maximum 50 People at Work records returned*

Name: JAMES E SHELTON
Title: DIRECTOR
SSN: ████████
Company: FINAL VERDICT SOLUTIONS
Address: ██ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778
Phone: ████3942 - EDT
FEIN:
Dates: Aug 9, 2018

Name: JAMES E SHELTON
Title: MEMBER
SSN: ████████
Company: JSAP ENTERPRISES LLC
Address: ██ HESSLER RD APT 2, CLEVELAND, OH 44106-3941
Phone:
FEIN:
Dates: Nov 18, 2017

Name: JAMES E SHELTON
Title: DIRECTOR
SSN: ████████
Company: FINAL VERDICT SOLUTIONS
Phone: ████3942 - EDT
FEIN:
Dates: May 25, 2016

Name: JAMES E SHELTON
Title: DIRECTOR ,
SSN: ████████
Company: FINAL VERDICT SOLUTIONS
Phone: ████3942 - EDT
FEIN:
Dates: Apr 11, 2016 - May 25, 2016

**Driver's License Information:**
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**

[None Found]

**Possible Relative Summary:**  *(Click on name to link to more details within this report - No Charge)*



> , Age 57
>> , Age 57
>> - (AKA), Age 57
>> - (AKA), Age 57
>> - (AKA), Age 57
>> - (AKA), Age 57
>> , Age 92
>>> - (AKA), Age 92
>>> - (AKA), Age 92
>>> - (AKA), Age 92
>>> - (AKA), Age 92
>>> - (AKA), Age 91
>>> - (AKA), Age 91
>>> - (AKA), Age 92
>> , Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>>> - (AKA), Age 51
>> , Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> - (AKA), Age 53
>>> , Age 56
>>>> - (AKA), Age 56
>>>> - (AKA), Age 56
>>>> - (AKA), Age 56
>>>> - (AKA), Age 57
>>> , Age 24
>>> , Age 22
>>> , Age 66
>>>> - (AKA), Age 66
>>>> - (AKA), Age 66
>>>> - (AKA), Age 66
>>>> - (AKA), Age 67
>>> , Age 65
>>>> - (AKA), Age 65
>>>> - (AKA), Age 65

Comprehensive Report



>>>>   - (AKA), Age 65
>>>>   - (AKA), Age 65
>>>>   - (AKA), Age 64
>>   , Age 60
>>>   - (AKA), Age 60
>>>   - (AKA), Age 60
>>>   - (AKA), Age 60
>>>   , Age 61
>>>   , Age 61
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 65
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 65
>>>>   - (AKA), Age 65
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 61
>>>>   - (AKA), Age 61
>>>   , Age 32
>>>>   - (AKA), Age 32
>>>>   - (AKA), Age 32
>>>>   - (AKA), Age 31
>>>>   - (AKA), Age 32
>>>>   - (AKA), Age 32
>>>   , Age 60
>>>>   - (AKA), Age 60
>>>   **D**   , Age 92
>>   , Age 62
>>>   - (AKA), Age 62
>>>   - (AKA), Age 62
>>>   - (AKA), Age 62
>>>   - (AKA), Age 62
>>>   - (AKA), Age 62
>>>   - (AKA), Age 62
>>>   , Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>>   - (AKA), Age 66
>>>   , Age 32
>>>>   - (AKA), Age 32
>>>>   - (AKA), Age 32
>>>>   - (AKA), Age 32
>   , Age 57
>>   - (AKA), Age 57
>>   - (AKA), Age 57
>>   - (AKA), Age 57
>   , Age 22
>>   - (AKA)

**Possible Relatives:**

^^ Relative Results Limited to 20 - Use Maximum Relatives to Return Option to adjust limit ^^



issued in Pennsylvania  between  1/1/1979  and  12/31/1981

**Names Associated with Relative:**

issued in Pennsylvania  between  1/1/1979  and  12/31/1981

issued in Pennsylvania  between  1/1/1979  and  12/31/1981

issued in Pennsylvania  between  1/1/1979  and  12/31/1981

issued in Pennsylvania  between  1/1/1979  and  12/31/1981

issued in Pennsylvania  between  1/1/1979  and  12/31/1981

**Previous And Non-Verified Address(es):**

COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY (Jul 1993 - Jun 2020)

**Current Residents at Address:**

JAMES E SHELTON

KENNERLY RD, SPRINGFIELD, PA 19064-2021, DELAWARE COUNTY (Jul 2015)
KENNERLY RD, SPRINGFIELD, PA 19064-2131, DELAWARE COUNTY (Oct 2009 - Jul 2015)

**Current Residents at Address:**

**Current Residents at Address:**

COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406, MONTGOMERY COUNTY (May 1999)

**Current Residents at Address:**

**Possible Relative:**

Comprehensive Report



██████████████████████████████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**Names Associated with Relative:**

**D** ████████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** ██████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** ██████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**D** █████████████████████████████████
██████ issued in Pennsylvania between 1/1/1936 and 12/31/1951
↗SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
████████████████████████████████████

   **Current Residents at Address:**
████████████████

   **Current Residents at Address:**
████████████████████████

██████████ issued in Pennsylvania between 1/1/1979 and 12/31/1981
**Names Associated with Relative:**

████████ issued in Pennsylvania between 1/1/1979 and 12/31/1981

████████ issued in Pennsylvania between 1/1/1979 and 12/31/1981

████████ issued in Pennsylvania between 1/1/1979 and 12/31/1981



issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania between 1/1/1979 and 12/31/1981

**Names Associated with Relative:**

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

issued in Pennsylvania between 1/1/1979 and 12/31/1981

**Active Address(es):**

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**



Comprehensive Report



**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Possible Relative:**

issued in Pennsylvania between 1/1/1977 and 12/31/1979

**Names Associated with Relative:**

issued in Pennsylvania between 1/1/1977 and 12/31/1979

issued in Pennsylvania between 1/1/1977 and 12/31/1979

issued in Pennsylvania between 1/1/1977 and 12/31/1979

issued in Pennsylvania between 1/1/1977 and 12/31/1979

**Active Address(es):**

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current phones listed at this address:**

Current Residents at Address:

Current Residents at Address:

Current Residents at Address:

Current Residents at Address:

Current Residents at Address:

issued in Pennsylvania between 8/2/1996 and 7/1/1999

**Active Address(es):**

Current Residents at Address:

issued in Pennsylvania between 6/2/1998 and 7/1/2001

**Active Address(es):**

Current Residents at Address:



**D** ████████████████████████████████████

issued in Pennsylvania  between  1/1/1970  and  12/31/1972
    ↗SSN belongs to a person reported as deceased.

**Names Associated with Relative:**

**D** ████████████████████████████████████

issued in Pennsylvania  between  1/1/1970  and  12/31/1972
    ↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████████

issued in Pennsylvania  between  1/1/1970  and  12/31/1972
    ↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████████

issued in Pennsylvania  between  1/1/1970  and  12/31/1972
    ↗SSN belongs to a person reported as deceased.

**D** ████████████████████████████████████

issued in Pennsylvania  between  1/1/1970  and  12/31/1972
    ↗SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**

   **Current Residents at Address:**

   **Current Residents at Address:**

   **Current phones listed at this address:**

   **Current Residents at Address:**

   **Current Residents at Address:**



**Current Residents at Address:**

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

**Names Associated with Relative:**

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

issued in Pennsylvania  between  1/1/1971  and  12/31/1973

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

Comprehensive Report





**Current Residents at Address:**



**Current Residents at Address:**



 issued in Pennsylvania between 1/1/1976 and 12/31/1977

**Names Associated with Relative:**

 issued in Pennsylvania between 1/1/1976 and 12/31/1977

issued in Pennsylvania between 1/1/1976 and 12/31/1977

issued in Pennsylvania between 1/1/1976 and 12/31/1977

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**

Comprehensive Report



**Current Residents at Address:**

**Possible Relative:**

nd Non-Verified Address(es):

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

**Names Associated with Relative:**

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977



issued in Pennsylvania  between  1/1/1976  and  12/31/1977

issued in Pennsylvania  between  1/1/1976  and  12/31/1977

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania  between  1/1/1992  and  7/31/1995

**Names Associated with Relative:**

issued in Pennsylvania  between  1/1/1992  and  7/31/1995

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

Comprehensive Report

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania between 1/1/1975 and 12/31/1976

**Names Associated with Relative:**

issued in Pennsylvania between 1/1/1975 and 12/31/1976

**Previous And Non-Verified Address(es):**

Comprehensive Report



**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania between 1/1/1936 and 12/31/1951

SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**

Comprehensive Report



**Current Residents at Address:**

**Current Residents at Address:**

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

**Names Associated with Relative:**

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

issued in Pennsylvania  between  1/1/1973  and  12/31/1974

**Active Address(es):**

**Current Residents at Address:**

**Previous And Non-Verified Address(es):**

**Current Residents at Address:**

**Current Residents at Address:**



**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**



**Possible Relative:**

issued in Kentucky  between  1/1/1972  and  12/31/1973

**Names Associated with Relative:**

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973

issued in Kentucky  between  1/1/1972  and  12/31/1973



**Active Address(es):**

Current Residents at Address:

**Previous And Non-Verified Address(es):**

Current Residents at Address:

Current Residents at Address:

(May 2011 - Sep 2011)

Current Residents at Address:

Current Residents at Address:

issued in New Jersey  between  1/1/1990  and  12/31/1991

**Names Associated with Relative:**

issued in New Jersey  between  1/1/1990  and  12/31/1991

issued in New Jersey  between  1/1/1990  and  12/31/1991

Current Residents at Address:

Current Residents at Address:

Current Residents at Address:



**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

**Current Residents at Address:**

issued in New Jersey between 1/1/1975 and 12/31/1976

**Names Associated with Relative:**

issued in New Jersey between 1/1/1975 and 12/31/1976

issued in New Jersey between 1/1/1975 and 12/31/1976

issued in New Jersey between 1/1/1975 and 12/31/1976

**Previous And Non-Verified Address(es):**

COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY
(Jul 1993 - Jun 2020)

**Current Residents at Address:**

JAMES E SHELTON

**Current Residents at Address:**



**Names Associated with Relative:**

**Previous And Non-Verified Address(es):**

S █ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY
(Jul 2014 - Jun 2020)

Current Residents at Address:

JAMES E SHELTON

**Neighbors:**

Neighborhood:
█ COVERED BRIDGE RD, KING OF PRUSSIA, PA 19406-1778, MONTGOMERY COUNTY (Feb 2015 - Aug 2020)
Residents:

JAMES E SHELTON   DOB: 12/xx/1995
                             issued in Pennsylvania  between  2/2/1996  and  2/1/1999

Address(es):

Residents:
                       issued in Pennsylvania  between  1/1/1963  and  12/31/1965
                       issued in Pennsylvania  between  1/1/1962  and  12/31/1963

(Aug 2007 - Jun 2020)
Residents:
                       issued in New York  between  1/1/1964  and  12/31/1966
                       issued in Pennsylvania  between  12/3/1996  and  12/1/1999

Residents:
                       issued in Virginia  between  1/1/1968  and  12/31/1969



**Neighborhood:**

    **Residents:**

issued in Ohio  between  1/1/1992  and  6/1/1994

issued in Colorado  between  12/4/2007  and  6/2/2008

issued in Arizona  between  5/2/1998  and  9/1/1998

issued in California  between  11/2/2000  and  3/1/2001

    **Address(es):**

      **Residents:**

issued in Pennsylvania  between  8/2/1997  and  9/1/2001

issued in Ohio  between  5/2/1997  and  5/3/1999

      **Residents:**

issued in Texas  between  11/4/1997  and  5/1/1998

issued in Arizona  between  5/2/1998  and  9/1/1998

**Neighborhood:**

**Address(es):**

      **Residents:**

issued in Missouri  between  1/1/1969  and  12/31/1970

      **Residents:**

issued in District of Columbia  between  1/1/1979  and  12/31/1980

issued in New Jersey  between  1/1/1973  and  12/31/1975

**Source Information:**

| | |
|---|---|
| All Sources | 20  Source Document(s) |
| Liens and Judgments | 1  Source Document(s) |
| Person Locator 1 | 1  Source Document(s) |
| PhonesPlus Records | 2  Source Document(s) |
| Historical Person Locator | 1  Source Document(s) |
| Utility Locator | 4  Source Document(s) |
| Person Locator 5 | 4  Source Document(s) |
| Person Locator 6 | 7  Source Document(s) |

# EXHIBIT B

**PARID: 430017249006**
DOYLE DANON J                                                  16 CATFISH LN

## Parcel

| | |
|---|---|
| TaxMapID | 43MHP30024 |
| Parid | 43-00-17249-00-6 |
| Land Use Code | 1221 |
| Land Use Description | R - MOBILE HOME - RENTED LOT - PARK |
| Property Location | 16 CATFISH LN |
| Lot # | 24 |
| Lot Size | |
| Front Feet | |
| Municipality | LOWER PROVIDENCE |
| School District | METHACTON |
| Utilities | PUBLIC WATER/PUBLIC SEWER/ |

## Owner

| | |
|---|---|
| Name(s) | DOYLE DANON J |
| Name(s) | |
| Mailing Address | 16 CATFISH LN |
| Care Of | |
| Mailing Address | |
| Mailing Address | NORRISTOWN PA 19403 |

## Current Assessment

| Appraised Value | Assessed Value | Restrict Code |
|---|---|---|
| 14,330 | 14,330 | |

## Estimated Taxes

| | |
|---|---|
| County | 50 |
| Montco Community College | 6 |
| Municipality | 30 |
| School District | 442 |
| Total | 528 |
| Tax Lien | Tax Claim Bureau Parcel Search |

## Last Sale

| | |
|---|---|
| Sale Date | 28-MAR-18 |
| Sale Price | |
| Tax Stamps | |
| Deed Book and Page | MHP-MHP |
| Grantor | BUTCHER LOUISA |
| Grantee | DOYLE DANON J |
| Date Recorded | 28-MAR-18 |

# EXHIBIT C

Corporations ▾     Search Business Entities (corpsearch.aspx)     Search UCC Transactions (uccsearch.aspx)     Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)     Login (https://hub.business.pa.gov/login)

Search entity /   Select entity /   **Order documents**

# Order Business Documents

**Date**: 08/04/2020

## Business Name History

| Name | Name Type |
|------|-----------|
| Final Verdict Solutions | Current Name |

### Business Entity Details
### Officers

| Name | Final Verdict Solutions |
|------|-------------------------|
| **Entity Number** | 6368615 |
| **Entity Type** | Fictitious Names |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 03/07/2016 |
| **Effective Date** | 03/07/2016 |
| **State Of Inc** | PA |
| **Address** | ⬛ Covered Bridge Road King of Prussia PA 19406 Montgomery |

| Name | James Shelton |
|------|---------------|
| **Title** | OWNER |
| **Address** | ⬛ Covered Bridge Road King Of Prussia PA 19406 |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show [25 ▾] entries      Filter Records 🖉 [ ]

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|--------|------|----------|-------|----------------------|-------|--------------------------|----------------------|-------------|-----------------|---------------|------------|

https://www.corporations.pa.gov/Search/corpsearch

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|--------|------|----------|-------|----------------------|-------|--------------------------|----------------------|-------------|-----------------|--------------|------------|
| ☐ | 03/07/2016 | Application for Registration of Fictitious Name 1 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |

Showing 1 to 1 of 1 entries        Previous   1   Next

| | | | | | | |
|--|--|--|--|--|--|--|
| ☐ | All Dates | All Certified Copies | 2 | Quantity #   1 | $46.00 | |
| ☐ | All Dates | All Plain Copies | 2 | Quantity #   1 | $6.00 | |

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|--------|------|----------|-------|-----------|-------|--|------------|
| ☐ | 08/04/2020 | Index and Docket Report | 1 | 1 | $15.00 | | |
| ☐ | 08/04/2020 | Index and Docket Certified Report | 1 | 1 | $55.00 | | |

## Order Total :

<< Back to Search Results

Login

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13    Shelton/Comcast Call

14

15

16

17

18

19

20

21

22

23

24

25

Page 2

1            CAMILLE:  Thank you for calling X1.
2    This is Camille.  May I please have your first
3    and last name?
4            JAMES SHELTON:  James Shelton.
5            CAMILLE:  Hello, James?  Good morning.
6    How may I help you?
7            JAMES SHELTON:  I'm trying to watch
8    Netflix and when I click on the Netflix app, it
9    doesn't work.
10           CAMILLE:  Okay.  What exactly do you
11   mean?  It's not letting you in?  Does it crash,
12   or --
13           JAMES SHELTON:  It crashed.  The app
14   isn't -- it won't open.  I click it and it goes
15   back to the TV channel.
16           CAMILLE:  Okay.  That's inside, like
17   the -- that's inside the X1 platform, right?
18           JAMES SHELTON:  I click the Xfinity
19   button, go to on demand, then go to Netflix,
20   click that --
21           CAMILLE:  Yeah.
22           JAMES SHELTON:  -- and it doesn't work.
23           CAMILLE:  Okay.  Closed down.  It won't
24   open.  Let's see.  I'm going to ask you to hang
25   on (indiscernible), okay?  Just give me a sec.

```
                                              Page 3
 1                JAMES SHELTON:  Mm hmm.
 2                CAMILLE:  Thank you.  You only have one
 3     cable box, right?
 4                JAMES SHELTON:  Yep.
 5                CAMILLE:  Alrighty.  Okay.  Is your
 6     cable box accessible to you?  Because I'm going
 7     to need --
 8                JAMES SHELTON:  Yes.
 9                CAMILLE:  -- a serial number.  It's at
10     the very bottom of the cable box on a white
11     sticker.  It'll be labeled TCSN or M Card SN --
12     something with an SN.  It usually starts with --
13                JAMES SHELTON:  You don't have my
14     serial number already from my phone number?
15                CAMILLE:  No.  I'm really sorry, no,
16     but --
17                JAMES SHELTON:  That's really
18     inconvenient.
19                CAMILLE:  But if it's --
20                JAMES SHELTON:  Is there another way --
21     is there another way that you know how to fix it?
22                CAMILLE:  Sure.  Of course.  Can you
23     just tell me where the lights are located?  Is it
24     at the side or at the front?
25                JAMES SHELTON:  The lights?
```

```
                                              Page 4
1               CAMILLE:  The lights on it.
2               JAMES SHELTON:  The front.
3               CAMILLE:  Okay.  Yes, that'll do.  Is
4      it just Netflix that's not opening?
5               JAMES SHELTON:  Yes.
6               CAMILLE:  Okay.  Let's see.  Is this
7      happening just now or has this happened before?
8               JAMES SHELTON:  It's happening now.  I
9      don't think it's happened before, to my
10     knowledge.
11              CAMILLE:  Okay.  Thank you.  Signal
12     seems to be strong.  Let's see.  I'm going to
13     send a signal to the box right now, okay?  Just
14     tell me if you see any changes.
15              JAMES SHELTON:  Hold on.  The TV's on
16     right now.  I'm watching it.  I'm watching TV.
17              CAMILLE:  Okay.  It might freeze --
18     anything?  Oh, no, it's okay.  You don't have to
19     move anything.
20              JAMES SHELTON:  All right.
21              CAMILLE:  Okay.  Try to access Netflix
22     now.
23              JAMES SHELTON:  Yep.  It doesn't work.
24              CAMILLE:  Okay.  Okay, exit out.  And
25     now you're not inside the Netflix app right now,
```

```
                                          Page 5
1    right?

2              JAMES SHELTON:  Yep.

3              CAMILLE:  Okay, try to press the A

4    button on your remote on the --

5              JAMES SHELTON:  Yep.  I already did

6    this.  I already went into the reset Netflix.

7    That doesn't -- that doesn't fix the problem.

8              CAMILLE:  It didn't.  Okay.  All right.

9    Hmm.  Now just let me check also the Internet.

10   Could be the Internet.  Hold on.

11             JAMES SHELTON:  This is f███ing

12   bull██t.

13             CAMILLE:  Okay.  It does say here that

14   the problem is actually something that is above

15   my scope of support.  But I'm going to go ahead

16   and get you an agent from our advanced repair

17   department.

18             JAMES SHELTON:  Yeah.

19             CAMILLE:  Stay on the line.  Hold on.

20        (Pause)

21             KATIE:  Hello.  Thanks for choosing

22   Comcast advanced repair.  This is Katie.  How can

23   I help you?

24             CAMILLE:  Hi, Katie.  This is Camille

25   from X1.  I have here Mr. Jim Shelton.  He has
```

```
                                         Page 6
```

1  a problem with Netflix.  It won't launch on his

2  X1 platform.  I did troubleshooting and it did

3  indicate that there was minimal to no

4  (indiscernible) packet loss.  And I was prompted

5  to transfer.

6          KATIE:  Did you create a ticket?

7          CAMILLE:  I did.  I have here the

8  ticket number when you're ready.

9          KATIE:  Go ahead.

10         CAMILLE:  CR889975757.

11         KATIE:  All right.  889975757?

12         CAMILLE:  That's correct.

13         KATIE:  All right.  So they're

14 accessing Netflix on what device?  On the

15 television?

16         CAMILLE:  Yes.

17         KATIE:  Uh-huh.  Is Mr. James Shelton

18 fully verified?

19         CAMILLE:  Fully verified.  And I also

20 have his best callback number as well.

21         KATIE:  Which is?

22         CAMILLE:  ▮▮▮▮▮▮▮3942.

23         KATIE:  All right.  Thank you so much.

24 You can send the customer over.

25         CAMILLE:  Sure.

```
                                            Page 7
 1           KATIE:  Hello.  Is this Mr. Shelton?
 2           JAMES SHELTON:  Yes.
 3           KATIE:  Yes, Mr. Shelton.  Can I call
 4    you Jim?
 5           JAMES SHELTON:  Yeah.
 6           KATIE:  Okay.  Thank you, Jim.  I'm so
 7    sorry.  This is Katie (indiscernible), by the
 8    way, from advanced repair.  And I'm so sorry for
 9    the trouble.  I was told that you're having an
10    issue accessing Netflix.  Is that correct?
11           JAMES SHELTON:  Yeah, I can't -- the
12    app won't launch.
13           KATIE:  Okay.  But this is on your
14    television, right?
15           JAMES SHELTON:  Correct.
16           KATIE:  Okay.  Again, I'm so sorry for
17    the trouble.  But rest assured, sir, this is
18    already advanced repair and we'll do our best to
19    get this working tonight for you.  Okay?
20           JAMES SHELTON:  Okay.
21           KATIE:  All right.  So I have the
22    account pulled up and I was given your best
23    callback number, which is ████████3942, if in
24    case I get disconnected.  Is that correct, sir?
25           JAMES SHELTON:  ████████3942.
```

Page 8

1          KATIE:  Oh,  ███3942.  All right.
2    Thank you so much.
3          JAMES SHELTON:  Yep.
4          KATIE:  Okay.  On the -- so we have one
5    cable box here.  How about your Internet service?
6    Is it working fine?
7          JAMES SHELTON:  Yeah.  Yeah, it's
8    working.
9          KATIE:  All right.  So apart from
10   Netflix app on the TV, did you try signing into
11   other applications, if it's working or not?
12         JAMES SHELTON:  Yes.  I tried to sign
13   into Amazon Prime video; that worked.  You Tube
14   worked.
15         KATIE:  Mm hmm.
16         JAMES SHELTON:  Well, it launched HBO.
17   All that stuff works.  But when I click on
18   Netflix, it like -- okay, that like three bars
19   thing happens for a few seconds, and then --
20         KATIE:  Mm hmm.
21         JAMES SHELTON:  -- it just goes right
22   back to the channel that I'm watching.
23         KATIE:  So it did not route --
24         JAMES SHELTON:  (indiscernible).
25         KATIE:  -- to the sign-in page?

```
                                            Page 9
 1              JAMES SHELTON:  It does not launch.
 2              KATIE:  Okay.  How long you been having
 3    this problem?
 4              JAMES SHELTON:  Just now.
 5              KATIE:  Just today?  But is the Netflix
 6    included in the package?
 7              JAMES SHELTON:  I have my own -- I have
 8    my own Netflix account.  And I access that
 9    through my app on the TV.
10              KATIE:  And the TV, is it a smart TV?
11              JAMES SHELTON:  I don't know if that
12    qualifies as a smart TV.  It has an app on it
13    that I can click on.
14              KATIE:  So basically, you're accessing
15    your Netflix, because you have a direct
16    subscription with Netflix, so you're not using
17    Xfinity username to sign in?
18              JAMES SHELTON:  Right.
19              KATIE:  Correct?
20              JAMES SHELTON:  I have my own -- I have
21    my own Netflix account.
22              KATIE:  Okay.  All right.  So here's
23    the thing.  Because I thought that you have your
24    package that includes Netflix.  But when I verify
25    the subscription, it doesn't have it.  It's only
```

Page 10

1    for HBO -- so this is digital --

2              JAMES SHELTON:  Okay, listen.  Here's

3    the deal.  I just want to launch the app and it

4    won't launch.

5              KATIE:  But the other --

6              JAMES SHELTON:  I don't want to --

7              KATIE:  -- apps are working.

8              JAMES SHELTON:  Yeah.  Right.

9              KATIE:  Mm hmm.  Okay.

10             JAMES SHELTON:  So I don't want to talk

11   about my subscription, if I have a subscription

12   or not.  I just want to talk about why the app

13   won't open.  That's all I want to know is why it

14   won't open.  Seems to be a technical problem.

15             KATIE:  All right.  Can you press -- do

16   you have the remote with you, sir?  Remote --

17             JAMES SHELTON:  Yes.

18             KATIE:  Xfinity remote?

19             JAMES SHELTON:  Yep.

20             KATIE:  All right.  Can you press an A

21   button?

22             JAMES SHELTON:  Uh-huh.

23             KATIE:  When you press an A button,

24   there is some troubleshooting menus that will

25   appear on the screen.  Did you see if there's a

1   recent Netflix there?

2          JAMES SHELTON:  Yes.  I've tried this

3   like several times already and it has not solved

4   the problem.

5          KATIE:  Okay.  You did reset the

6   Netflix?

7          JAMES SHELTON:  While I'm here -- I

8   went and did it again right now and --

9          KATIE:  Hold on.  Don't do it yet.  I'm

10  going to send a refresh to the box first.

11         JAMES SHELTON:  Okay.

12         KATIE:  All right.  And then before we

13  reset Netflix.

14         JAMES SHELTON:  Okay.

15         KATIE:  But we don't have an issue with

16  Internet service?

17         JAMES SHELTON:  No.  The Internet's

18  working just fine.

19         KATIE:  Okay.  I see.  This phone that

20  you're using, sir -- sir, here's the thing.  I

21  need to reset the modem as well because it seems

22  it hasn't been reset --

23         JAMES SHELTON:  Okay.

24         KATIE:  -- for quite a long time.

25         JAMES SHELTON:  Yeah, the TV just went

Page 12

1  off.

2         KATIE:  All right.  Are you --

3         JAMES SHELTON:  So, did you --

4         KATIE:  -- using your home phone or

5  your cellphone?

6         JAMES SHELTON:  Cellphone.

7         KATIE:  Cellphone.  Okay, we'll go

8  ahead and reset the modem as well, because this

9  might --

10         JAMES SHELTON:  Okay.

11         KATIE:  -- be the -- what's causing the

12  problem.

13         JAMES SHELTON:  All right.  Yeah, the

14  TV's restarting, it looks like.

15         KATIE:  Mm hmm.  So we're going to wait

16  for the modem to get back online.  We're going to

17  wait for the --

18         JAMES SHELTON:  Yep.

19         KATIE:  -- TV to get back up and

20  running.  And then we'll relaunch Netflix.

21         JAMES SHELTON:  All right.

22         KATIE:  Anyway, so Internet works fine.

23  It's just that -- there's a lot of channels, so

24  only on the application which is affecting

25  Netflix right now.

Page 13

1          We've already created a reference

2    ticket number for you, Jim.  If you'd like to

3    take note, I can give it to you.  But if you

4    don't have a pen and paper to write on, that's

5    okay.

6          JAMES SHELTON:  We can come back to

7    that if it's still an issue.

8          KATIE:  Okay.  Yes, sir.  And I would

9    also like to know, sir, if you have set up your

10   account online on Xfinity.com?  If you've

11   downloaded the My Account app?

12         JAMES SHELTON:  Yeah --

13         KATIE:  You have?  All right.

14         JAMES SHELTON:  I set up the account

15   before online.  I don't have the app on my phone.

16         KATIE:  Mm hmm.

17         JAMES SHELTON:  Do I use that?

18         KATIE:  Well, that's the same Xfinity

19   account on the website.  It's just that it's more

20   accessible if you have it on your phone, right,

21   if it's an application on your phone.  But

22   basically --

23         JAMES SHELTON:  Right.

24         KATIE:  -- same functionality, so you

25   can -- that's where you can manage your account

Page 14

```
1   on the website, if you want to check your account

2   information, want to make changes, want to set up

3   an appointment.  That's what you can do on the My

4   Account.

5              Also, I would like to let you know

6   about the Wi-Fi, xFi app.  That's where you can

7   troubleshoot on your Wi-Fi service.  That's also

8   --

9              JAMES SHELTON:  Correct.

10             KATIE:  -- on the application.  All

11   right.  So we'll just -- I'm going to run a test

12   as well here.  I'm going to check with the status

13   of the modem and then the TV most likely is on

14   the restarting screen.

15             JAMES SHELTON:  Yeah, it's doing the

16   restart right now.

17             KATIE:  All right.

18             JAMES SHELTON:  All right.  It says

19   connecting --

20             KATIE:  Mm hmm.

21             JAMES SHELTON:  -- to your

22   entertainment.

23             KATIE:  All right.  So the modem is now

24   showing online, so most likely it's going to set

25   already.  All right.  And now, let's go ahead and
```

Page 15

1   check the --

2           JAMES SHELTON:  Yeah.  It just booted

3   back up.

4           KATIE:  -- TV.

5           JAMES SHELTON:  Yep.

6           KATIE:  Okay.

7           JAMES SHELTON:  It's back up.  So

8   should I go back into Netflix?

9           KATIE:  Oh, if you're getting live

10  channels, yes, you can go to the app.

11          JAMES SHELTON:  Let me see if that

12  works.  Looks like it's working now.

13          KATIE:  It's working?

14          JAMES SHELTON:  Yeah, it looks like

15  it's -- looks like it's coming on.  Let me see

16  here.  Yeah.  Think that did the trick.

17          KATIE:  All right.  Yes, sir.  Because

18  that -- since it's an application on your TV,

19  they'll also require Wi-Fi connection.  Some are

20  connected if you're using your TV.  So apparently

21  what's causing it is the modem, which hasn't been

22  reset for like more than a month.  Actually, it's

23  40 days.

24          So you really need to refresh the

25  connection and then when you reconnect it back to

1   the app --

2            JAMES SHELTON:  How fast -- do you guys

3   automatically refresh the connection?

4            KATIE:  No.  No, actually, no.

5            JAMES SHELTON:  No?

6            KATIE:  But we will suggest to have it

7   reset on your end by going to the website.

8   There's a reset option there.  Or you can

9   physically power cycle the modem by unplugging

10  the -- replugging the power cord.  At least a

11  week.

12           JAMES SHELTON:  All right.  Okay.

13           KATIE:  All right.

14           JAMES SHELTON:  Thank you.

15           KATIE:  You're welcome.  Is there

16  anything else I can assist you with today?

17           JAMES SHELTON:  That's it.  Thank you

18  so much.

19           KATIE:  You're most welcome, Jim.  And

20  thank you also for choosing Comcast.  We really

21  value your business.  Goodnight and take care.

22           JAMES SHELTON:  Yes.  Goodnight.  Bye-

23  bye.

24           KATIE:  Bye now.

25

Page 17

1                C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    _____

10

11   Veritext Legal Solutions

12

13

14

15

16   Date:   August 12, 2020

17

18

19

20

21

22

23

24

25

**1**

**12**   17:16
**12151**   17:8

**2**

**2020**   17:16

**4**

**40**   15:23
█████-3942   6:22
7:25
█████3942   7:23

**6**

█████3942   8:1

**8**

**889975757**   6:11

**a**

**access**   4:21 9:8
**accessible**   3:6
    13:20
**accessing**   6:14
    7:10 9:14
**account**   7:22 9:8
    9:21 13:10,11,14
    13:19,25 14:1,4
**accurate**   17:4
**advanced**   5:16,22
    7:8,18
**agent**   5:16
**ahead**   5:15 6:9
    12:8 14:25
**alrighty**   3:5
**amazon**   8:13
**anyway**   12:22
**apart**   8:9
**app**   2:8,13 4:25
    7:12 8:10 9:9,12
    10:3,12 13:11,15
    14:6 15:10 16:1
**apparently**   15:20

**appear**   10:25
**application**   12:24
    13:21 14:10 15:18
**applications**   8:11
**appointment**   14:3
**apps**   10:7
**assist**   16:16
**assured**   7:17
**august**   17:16
**automatically**
    16:3

**b**

**back**   2:15 8:22
    12:16,19 13:6
    15:3,7,8,25
**bars**   8:18
**basically**   9:14
    13:22
**best**   6:20 7:18,22
**booted**   15:2
**bottom**   3:10
**box**   3:3,6,10 4:13
    8:5 11:10
**bull█t**   5:12
**business**   16:21
**button**   2:19 5:4
    10:21,23
**bye**   16:22,23,24

**c**

**c**   17:1,1
**cable**   3:3,6,10 8:5
**call**   1:13 7:3
**callback**   6:20 7:23
**calling**   2:1
**camille**   2:1,2,5,10
    2:16,21,23 3:2,5,9
    3:15,19,22 4:1,3,6
    4:11,17,21,24 5:3
    5:8,13,19,24,24
    6:7,10,12,16,19,22

6:25
**card**   3:11
**care**   16:21
**case**   7:24
**causing**   12:11
    15:21
**cellphone**   12:5,6,7
**certify**   17:3
**changes**   4:14 14:2
**channel**   2:15 8:22
**channels**   12:23
    15:10
**check**   5:9 14:1,12
    15:1
**choosing**   5:21
    16:20
**click**   2:8,14,18,20
    8:17 9:13
**closed**   2:23
**comcast**   1:13 5:22
    16:20
**come**   13:6
**coming**   15:15
**connected**   15:20
**connecting**   14:19
**connection**   15:19
    15:25 16:3
**cord**   16:10
**correct**   6:12 7:10
    7:15,24 9:19 14:9
**course**   3:22
**cr889975757**   6:10
**crash**   2:11
**crashed**   2:13
**create**   6:6
**created**   13:1
**customer**   6:24
**cycle**   16:9

**d**

**date**   17:16
**days**   15:23
**deal**   10:3
**demand**   2:19
**department**   5:17
**device**   6:14
**digital**   10:1
**direct**   9:15
**disconnected**   7:24
**doing**   14:15
**don't**   10:6 13:4
**downloaded**   13:11

**e**

**e**   17:1
**entertainment**
    14:22
**exactly**   2:10
**exit**   4:24

**f**

**f**   17:1
**fast**   16:2
**fi**   14:6,7 15:19
**fine**   8:6 11:18
    12:22
**first**   2:2 11:10
**fix**   3:21 5:7
**foregoing**   17:4
**freeze**   4:17
**front**   3:24 4:2
**f███ing**   5:11
**fully**   6:18,19
**functionality**
    13:24

**g**

**getting**   15:9
**give**   2:25 13:3
**given**   7:22
**go**   2:19,19 5:15
    6:9 12:7 14:25

[go - please]                                                                 Page 2

15:8,10
**goes**  2:14 8:21
**going**  2:24 3:6
  4:12 5:15 11:10
  12:15,16 14:11,12
  14:24 16:7
**good**  2:5
**goodnight**  16:21
  16:22
**guys**  16:2

**h**

**hang**  2:24
**happened**  4:7,9
**happening**  4:7,8
**happens**  8:19
**hbo**  8:16 10:1
**hello**  2:5 5:21 7:1
**help**  2:6 5:23
**hi**  5:24
**hmm**  3:1 5:9 8:15
  8:20 10:9 12:15
  13:16 14:20
**hold**  4:15 5:10,19
  11:9
**home**  12:4
**huh**  6:17 10:22
**hyde**  17:3

**i**

**included**  9:6
**includes**  9:24
**inconvenient**  3:18
**indicate**  6:3
**indiscernible**  2:25
  6:4 7:7 8:24
**information**  14:2
**inside**  2:16,17 4:25
**internet**  5:9,10 8:5
  11:16 12:22
**internet's**  11:17

**issue**  7:10 11:15
  13:7
**it'll**  3:11
**i'm**  11:7

**j**

**james**  2:4,4,5,7,13
  2:18,22 3:1,4,8,13
  3:17,20,25 4:2,5,8
  4:15,20,23 5:2,5
  5:11,18 6:17 7:2,5
  7:11,15,20,25 8:3
  8:7,12,16,21,24
  9:1,4,7,11,18,20
  10:2,6,8,10,17,19
  10:22 11:2,7,11,14
  11:17,23,25 12:3,6
  12:10,13,18,21
  13:6,12,14,17,23
  14:9,15,18,21 15:2
  15:5,7,11,14 16:2
  16:5,12,14,17,22
**jim**  5:25 7:4,6 13:2
  16:19

**k**

**katie**  5:21,22,24
  6:6,9,11,13,17,21
  6:23 7:1,3,6,7,13
  7:16,21 8:1,4,9,15
  8:20,23,25 9:2,5
  9:10,14,19,22 10:5
  10:7,9,15,18,20,23
  11:5,9,12,15,19,24
  12:2,4,7,11,15,19
  12:22 13:8,13,16
  13:18,24 14:10,17
  14:20,23 15:4,6,9
  15:13,17 16:4,6,13
  16:15,19,24
**know**  3:21 9:11
  10:13 13:9 14:5

**knowledge**  4:10

**l**

**labeled**  3:11
**launch**  6:1 7:12
  9:1 10:3,4
**launched**  8:16
**ledanski**  17:3
**legal**  17:11
**letting**  2:11
**let's**  4:6
**lights**  3:23,25 4:1
**line**  5:19
**listen**  10:2
**live**  15:9
**located**  3:23
**long**  9:2 11:24
**looks**  12:14 15:12
  15:14,15
**loss**  6:4
**lot**  12:23

**m**

**m**  3:11
**manage**  13:25
**mean**  2:11
**menus**  10:24
**minimal**  6:3
**mm**  3:1 8:15,20
  10:9 12:15 13:16
  14:20
**modem**  11:21 12:8
  12:16 14:13,23
  15:21 16:9
**month**  15:22
**morning**  2:5
**move**  4:19

**n**

**n**  17:1
**name**  2:3
**need**  3:7 11:21
  15:24

**netflix**  2:8,8,19 4:4
  4:21,25 5:6 6:1,14
  7:10 8:10,18 9:5,8
  9:15,16,21,24 11:1
  11:6,13 12:20,25
  15:8
**note**  13:3
**number**  3:9,14,14
  6:8,20 7:23 13:2

**o**

**o**  17:1
**oh**  4:18 8:1 15:9
**okay**  2:10,16,23
  2:25 3:5 4:3,6,11
  4:13,17,18,21,24
  4:24 5:3,8,13 7:6
  7:13,16,19,20 8:4
  8:18 9:2,22 10:2,9
  11:5,11,14,19,23
  12:7,10 13:5,8
  15:6 16:12
**online**  12:16 13:10
  13:15 14:24
**open**  2:14,24
  10:13,14
**opening**  4:4
**option**  16:8

**p**

**package**  9:6,24
**packet**  6:4
**page**  8:25
**paper**  13:4
**pause**  5:20
**pen**  13:4
**phone**  3:14 11:19
  12:4 13:15,20,21
**physically**  16:9
**platform**  2:17 6:2
**please**  2:2

**power** 16:9,10
**press** 5:3 10:15,20
    10:23
**prime** 8:13
**problem** 5:7,14
    6:1 9:3 10:14 11:4
    12:12
**proceedings** 17:5
**prompted** 6:4
**pulled** 7:22

**q**

**qualifies** 9:12
**quite** 11:24

**r**

**r** 17:1
**ready** 6:8
**really** 3:15,17
    15:24 16:20
**reconnect** 15:25
**record** 17:5
**reference** 13:1
**refresh** 11:10
    15:24 16:3
**relaunch** 12:20
**remote** 5:4 10:16
    10:16,18
**repair** 5:16,22 7:8
    7:18
**replugging** 16:10
**require** 15:19
**reset** 5:6 11:5,13
    11:21,22 12:8
    15:22 16:7,8
**rest** 7:17
**restart** 14:16
**restarting** 12:14
    14:14
**right** 2:17 3:3 4:13
    4:16,20,25 5:1,8
    6:11,13,23 7:14,21

8:1,9,21 9:18,22
    10:8,15,20 11:8,12
    12:2,13,21,25
    13:13,20,23 14:11
    14:16,17,18,23,25
    15:17 16:12,13
**route** 8:23
**run** 14:11
**running** 12:20

**s**

**says** 14:18
**scope** 5:15
**screen** 10:25 14:14
**sec** 2:25
**seconds** 8:19
**see** 2:24 4:6,12,14
    10:25 11:19 15:11
    15:15
**send** 4:13 6:24
    11:10
**serial** 3:9,14
**service** 8:5 11:16
    14:7
**set** 13:9,14 14:2,24
**shelton** 1:13 2:4,4
    2:7,13,18,22 3:1,4
    3:8,13,17,20,25
    4:2,5,8,15,20,23
    5:2,5,11,18,25
    6:17 7:1,2,3,5,11
    7:15,20,25 8:3,7
    8:12,16,21,24 9:1
    9:4,7,11,18,20
    10:2,6,8,10,17,19
    10:22 11:2,7,11,14
    11:17,23,25 12:3,6
    12:10,13,18,21
    13:6,12,14,17,23
    14:9,15,18,21 15:2
    15:5,7,11,14 16:2
    16:5,12,14,17,22

**showing** 14:24
**side** 3:24
**sign** 8:12,25 9:17
**signal** 4:11,13
**signature** 17:8
**signing** 8:10
**sir** 7:17,24 10:16
    11:20,20 13:8,9
    15:17
**smart** 9:10,12
**sn** 3:11,12
**solutions** 17:11
**solved** 11:3
**sonya** 17:3
**sorry** 3:15 7:7,8
    7:16
**starts** 3:12
**status** 14:12
**stay** 5:19
**sticker** 3:11
**strong** 4:12
**stuff** 8:17
**subscription** 9:16
    9:25 10:11,11
**suggest** 16:6
**support** 5:15
**sure** 3:22 6:25

**t**

**t** 17:1,1
**take** 13:3 16:21
**talk** 10:10,12
**tcsn** 3:11
**technical** 10:14
**television** 6:15
    7:14
**tell** 3:23 4:14
**test** 14:11
**thank** 2:1 3:2 4:11
    6:23 7:6 8:2 16:14
    16:17,20

**thanks** 5:21
**thing** 8:19 9:23
    11:20
**think** 4:9 15:16
**thought** 9:23
**three** 8:18
**ticket** 6:6,8 13:2
**time** 11:24
**times** 11:3
**today** 9:5 16:16
**told** 7:9
**tonight** 7:19
**transcript** 17:4
**transfer** 6:5
**trick** 15:16
**tried** 8:12 11:2
**trouble** 7:9,17
**troubleshoot** 14:7
**troubleshooting**
    6:2 10:24
**true** 17:4
**try** 4:21 5:3 8:10
**trying** 2:7
**tube** 8:13
**tv** 2:15 4:16 8:10
    9:9,10,10,12 11:25
    12:19 14:13 15:4
    15:18,20
**tv's** 4:15 12:14

**u**

**uh** 6:17 10:22
**unplugging** 16:9
**use** 13:17
**username** 9:17
**usually** 3:12

**v**

**value** 16:21
**verified** 6:18,19
**verify** 9:24

**[veritext - yep]**                                        Page 4

| | |
|---|---|
| **veritext**  17:11 | |
| **video**  8:13 | |
| **w** | |
| **wait**  12:15,17 | |
| **want**  10:3,6,10,12 | |
| 10:13 14:1,2,2 | |
| **watch**  2:7 | |
| **watching**  4:16,16 | |
| 8:22 | |
| **way**  3:20,21 7:8 | |
| **we've**  13:1 | |
| **website**  13:19 14:1 | |
| 16:7 | |
| **week**  16:11 | |
| **welcome**  16:15,19 | |
| **went**  5:6 11:8,25 | |
| **white**  3:10 | |
| **wi**  14:6,7 15:19 | |
| **work**  2:9,22 4:23 | |
| **worked**  8:13,14 | |
| **working**  7:19 8:6 | |
| 8:8,11 10:7 11:18 | |
| 15:12,13 | |
| **works**  8:17 12:22 | |
| 15:12 | |
| **write**  13:4 | |
| **x** | |
| **x1**  2:1,17 5:25 6:2 | |
| **xfi**  14:6 | |
| **xfinity**  2:18 9:17 | |
| 10:18 13:18 | |
| **xfinity.com**  13:10 | |
| **y** | |
| **yeah**  2:21 5:18 7:5 | |
| 7:11 8:7,7 10:8 | |
| 11:25 12:13 13:12 | |
| 14:15 15:2,14,16 | |
| **yep**  3:4 4:23 5:2,5 | |
| 8:3 10:19 12:18 | |
| 15:5 | |