IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-01763-NIQA |

**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFEDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

IT IS hereby stipulated and agreed by and between the undersigned counsel for Plaintiff, James Everett Shelton, and Defendants Comcast Corporation and Comcast Cable Communications, LLC (collectively "Comcast") that Plaintiff shall have an extension of time through September 22, 2020 to respond to Comcast's Motion to Compel Arbitration and Stay Litigation.

| **GORSKI LAW, PLLC** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| /s/ Gregory Gorski | /s/ Seamus C. Duffy |
| GREGORY GORSKI | Seamus C. Duffy (ID No. 52501) |
| PA Attorney ID: 91365 | Two Commerce Square |
| 1635 Market Street, Suite 1600 | 2001 Market St., Suite 4100 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Attorney for Plaintiff | Attorney for Defendants<br>Comcast Corporation and<br>Comcast Cable Communications, LLC |

Dated: September 1, 2020

**Stipulation APPROVED
BY THE COURT on
this 1ST day of September 2020**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*