IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-01763<br><br>Hon. Nitza I. Quiñones Alejandro |

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO REPLY TO MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Pursuant to Local Rule 7.4(b), Plaintiff, James Everett Shelton, and Defendants, Comcast Corporation and Comcast Cable Communications, LLC (collectively "Comcast"), by and through their undersigned counsel, stipulate and agree that Comcast shall have a one week extension of time to submit its Reply to Motion to Compel Arbitration and Stay Litigation to and including October 20, 2020.

Dated: October 8, 2020

*/s/ Gregory J. Gorski*
Gregory J. Gorski (ID No. 91365)
Gorski Law, PLLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103
*Attorney for Plaintiff*

*/s/ Seamus C Duffy*
Seamus C. Duffy (ID No. 52501)
Julie A. Busta (ID No. 311933)
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA 19103
*Attorneys for Defendants*

Approved and So Ordered this 9th day of October, 2020.

                **BY THE COURT:**
                */s/ Nitza I. Quiñones Alejandro*
                **NITZA I. QUIÑONES ALEJANDRO**
                *Judge, United States District Court*