# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** individually, and on behalf of all others similarly situated,  *Plaintiff* | : : : : : | **CIVIL ACTION**  NO. 20-1763 |
| v. | : : | |
| **COMCAST CORPORATION,** *et al.*  *Defendants* | : : | |

# ORDER

**AND NOW**, this 21st day of January 2021, upon consideration of Defendants' *motion to compel arbitration and stay litigation*, [ECF 17], Plaintiff's response in opposition thereto, [ECF 20], Defendants' reply, [ECF 22], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*